September 22, 2010

ZB 39673-053
Po Box 3511
New York NY 10008

RECEIVED
IN CHAMBERS OF
HON. STERLING JOHNSON, JR.
SEP 24 2010
TIME A.M.____
P.M.____

Re: United States-VS-Edmund Boyle, No. 05-4239-CR

03-CR-970-S
00-CR-824-ER

Dear Judge Sterling Johnson, JR

I was a Witness on the Edmund Boyle Case in 2005 My Name is Gerard Bellafiore.

It was a Racketeering Bank Burglary Case, and I beleave the transcripts of my testimony will be needed for my sentencing also the 3500 Material which was a few letters that I wrote to Mr Greg Andres the AUSA on my Case that is in front of judge Edward R. Korman.

I'm sorry that I had to write your Honors Court this way But I have no one on the outside to help me with this, plus I have no money to pay for copies and I have a sentencing comming up and those transcripts when I was on the stand in 2005 in Your Honors Court will help me with my own case.

I hope Your Honors Court will help me.

Sincerely
Gerard Bellafiore

Please write to:
GB 39673-053
at PO Box 3511
New York NY 10008

Mark - Legal Mail -