### ALBERT Y. DAYAN          80-02 Kew Gardens Rd., # 902, Kew Gardens, N.Y. 11415
**Attorney at Law**          Tel: (718) 268-9400:     Fax: (718) 268-9404

March 11, 2011

Honorable Judge Sterling Johnson, Jr.
Judge of the United States District Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

    Re:    USA v. John Micali  et. al.,
            Case # 03-CR-970-07

Dear Honorable Judge Sterling Johnson, Jr.:

    With regards to the above matter, I respectfully submit this letter to Your Honor on my behalf asking that you kindly schedule an appearance sometime next week for the defendant, John Micali to enter a plea of admission to the condition of a supervised release.

    Thank you Your Honor.

                          Yours truly,

                          _____/s/_____
                          Albert Y. Dayan
                          Attorney at Law

c.c.    AUSA Celia A. Cohen