# CRIMINAL MINUTE ENTRY

**DOCKET NUMBER:** 03 CR 0970 (SJ)

Date Received By Docket Clerk:_____   Docket Clerk Initials:_____

**BEFORE JUDGE:** JOHNSON     **DATE:** 3/18/10     **TIME:** 9:30 A.M.

**CRIMINAL CAUSE FOR** PLEA ON VOSR     **TIME IN COURT** ___HRS _40__MINS

**DEFENDANT'S NAME:** JOHN MICALI     **DEFENDANTS #** _____

[✔] Present   [ ] Not Present      [✔] Custody   [ ] Not Custody

**DEFENSE COUNSEL:** ALBERT DAYAN
[✔] Present   [ ] Not Present   [ ] Federal Defender   [ ] CJA   [✔] Retained

**A.U.S.A.:** CELIA COHEN ✔   **PROBATION OFFICER** RICHARD AZARIAN

**CASE MANAGER OR MAGISTRATE CLERICAL**   ANA RODRIGUEZ

**COURT REPORTER: OR ESR OPERATOR**   GENE RUDOLPH     **TAPE LOG**_____

**INTERPRETER:**     **LANGUAGE:**

**Select the Type of Hearing or Trial**     **CONTESTED** [ ] YES   [✔] NO
[✔]  PLEA VOSR

**Select the action.**

[ ] Began   [✔] Held   [ ] Continued   [✔] Completed   [✔] Scheduled for

UTILITIES   [✔] ~Util-Set/Reset Hearings

Date: 5/11/11     Time 9:30 A.M.   **FOR SENTENCING**
                                    Type of Hearing

**SHOULD THIS CALENDAR BE SEALED**     [ ] YES   [✔] NO

Period of Excludable Delay/ Speedy Trial Start:
Period of Excludable Delay/ Speedy Trial Stop:
**CODE TYPE:** Please Circle      XT- Interest of Justice

**Do these minutes contain ruling(s) on motion(s)?**     YES     NO

- Case called. Defendant sworn and advised of rights withdraws previously entered plea of not guilty and enters a plea of guilty to CHARGE ONE of the violation of supervision. The Court accepts the plea and the defendant is adjudged guilty.

- Sentencing is set for 5/11/11 @ 9:30 a.m.