# ALBERT Y. DAYAN       80-02 Kew Gardens Rd., # 902, Kew Gardens, N.Y. 11415
**Attorney at Law**                    Tel: (718) 268-9400:      Fax: (718) 268-9404

May 3, 2011

Honorable Judge Sterling Johnson, Jr.
Judge of the United States District Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

    Re:    USA v. John Micali  et. al.,
            <u>Case # 03-CR-970-07</u>

Dear Honorable Judge Sterling Johnson, Jr.:

    With regards to the above matter, I respectfully submit this letter to Your Honor on my behalf requesting an adjournment of the sentencing of John Micali for four weeks from the schedule date of Wednesday, May 11, 2011.

    The main reason for this request is due to my son's illness who was suffering from salmonella and was hospitalized. I did receive the Pre Sentence Investigation Report but was unable to study it which caused me a delay in the preparation for the sentencing of John Micali.

    Thank you Your Honor.

                Yours truly,

                _____/s/_____
                Albert Y. Dayan
                Attorney at Law

c.c.    AUSA Celia A. Cohen
        Fax. No. 718-254-6076