TRULINCS 42067053 - MICALI, JOHN - Unit: FTD-S-C

03-970(SJ)

---

FROM: 42067053
TO:
SUBJECT: Johnson letter
DATE: 11/03/2011 08:30:37 PM

03-cr-970

To The Honorable Judge Sterling Johnson Jr.;

 My name is John Micali and i was before you on June 16,2011 for sentencing for a violation of supervised release. You sentenced me to a term of 12 months to run consecutive to the term imposed under 10-cr-005(NGG) a sentence of 24 months imposed form the Honorable Nicholas G. Garaufis.My case number is 03-CR-970-07 and my original sentence was imposed on June 18,2004.A warrant for my arrest on the supervised release violation was filed on Feb 19,2010 and lodged as a detainer. The US Marshalls never executed this warrant so i voluntarily came in front of your Honor to answer the charges and then plead guilty without a plea agreement and be sentenced. The detainer for this violation is still lodged against me as i write to you today. After my initial team meeting here at F.C.I. Fort Dix Correctional Institution i was informed by my case manager that i was ineligible for halfway house placement do to this detainer. My lawyer Albert Dayan then wrote to the court to clarify this matter, from what i was told the court clerk contacted him and said U.S. Attorney Cecilia Cohen was contacted for our request of a hearing and she said she would lift the detainer. My lawyer later contacted my wife to tell her he had spoke to the U.S. Attorney and she would lift the detainer. I had figured this matter was cleared but after speaking with my case manager on Tuesday about inquiring into my halfway house placement i was informed this detainer has not been lifted. I have maintained a perfect inmate record since i have been incarcerated and enrolled in programs here at fort dix to have every possible chance to get home to my wife and daughter as soon as possible but this matter has prevented that. My lawyer the day of our sentencing requested of your Honor to consider splitting the 12 month sentence to 6 months incarceration and 6 months halfway house or house arrest, you said you would leave it up to the B.O.P to determine what i deserved. Unfortunately for me this decision has been taken out of there hands due to detainer. I humbly request your Honors help in clearing up this matter and considering helping my placement into a halfway house for the remaining few months of my sentence. I'm writing to you because i already asked of my lawyer to help me with this situation once, i know he is currently on trial now and each passing day my window of opportunity to get halfway house placement is closing. I do not have funds to hire another attorney so I'm respectfully writing you on my own. Thank you for your time.

Sincerely Yours,
John Micali

John Micali
40062-053
Unit 5852
Federal Correctional Institution Fort Dix
P.O. Box 2000
Fort Dix N.J. 08640

The Honorable Judge Sterling Johnson Jr.
US Dist Court Judge
225 Cadman Plaza East
Brooklyn N.Y. 11201